FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL 20 AM 11:33

CLERK ____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

KENTAE ANDRE BOGGS, )
)
    Plaintiff, )
)
v. )   Case No. CV611-031
)
MICHAEL J. ASTRUE, )
*Commissioner, Social Security* )
*Administration,* )
)
    Defendant. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 20 day of July, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA